UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROZELL TAYLOR,

                                                                        JUDGMENT

                              Plaintiff,                    19-CV-4890 (EK) (VMS)

          v.

     AMERICAN CORADIUS INTERNATIONAL, LLC,

                              Defendant.
------------------------------------------------------------------X
          An Order of the Honorable Eric Komitee, United States District Judge, having been filed

on August 5, 2020, granting Defendant's motion to dismiss Plaintiff's complaint in its entirety; it

is

          ORDERED and ADJUDGED that Defendant's motion to dismiss Plaintiff's complaint in

its entirety is granted; and this case is closed.

Dated:  Brooklyn, New York                         Douglas C. Palmer
          August 5, 2020                            Clerk of Court

                                          By:     /s/Alicia Guy
                                                   Deputy Clerk